THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| DANIEL ORTIZ,<br><br>                    Plaintiff,<br><br>v.<br><br>UTAH DEP'T OF CORR. et al.<br><br>                    Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 2:23-CV-510-JNP<br><br>District Judge Jill N. Parrish |

On August 22, 2023, the Court ordered Plaintiff to within thirty days file a compliant motion for leave to proceed *in forma pauperis*, or face dismissal (ECF No. 3.) When Plaintiff did not respond, on October 19, 2023, the Court ordered Plaintiff to within thirty days show cause why this case should not be dismissed. (ECF No. 6.) Since August 7, 2023--more than three months ago--Plaintiff has not submitted a compliant motion or anything else.

IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's orders and for failure to prosecute. *See* DUCivR 41-2.

DATED December 4, 2023.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge